SEALED

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2005 AUG 18  PM 6: 40

CLERK U.S. DISTRICT COURT
TAMPA, FLORIDA

| UNITED STATES OF AMERICA | : Case No. 8:05-CR-359-T-23TGW |
|---|---|
| v. | : Violations: 21 U.S.C. §846 |
| | :  21 U.S.C. §841(a)(1) |
| DERRICK LAMAR WILLIAMS, | : 18 U.S.C. §2 |
| a/k/a "Scooby," | : 18 U.S.C. §922(g)(1) |
| MAURICE LAMONT POOLE, | : 21 U.S.C. §853 (forfeiture) |
| NATHANIEL POOLE, a/k/a "Nate," | : 28 U.S.C. §2461(c) (forfeiture |
| CHRISTOPHER BROWN, a/k/a "C" | : |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Beginning on a date unknown, but no later than in or about November of 2003, to in or about January of 2004, in Pinellas County, in the Middle District of Florida,

MAURICE LAMONT POOLE, and
NATHANIEL POOLE, a/k/a "Nate,"

the defendants herein, did knowingly and willfully conspire, confederate, and agree with each other and other persons known and unknown to the Grand Jury, to possess with intent to distribute five (5) grams or more of a mixture or substance containing a detectable amount of cocaine base (commonly known as "crack" cocaine), a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846, Section 841(b)(1)(B)(iii).



## COUNT TWO

On or about ~~September~~ *November* 19, 2003, in Pinellas County, in the Middle District of Florida,

MAURICE LAMONT POOLE and
NATHANIEL POOLE, a/k/a "Nate,"

the defendants herein, aiding and abetting each other, did knowingly and willfully possess with intent to distribute and distribute a mixture or substance containing a detectable amount of cocaine base (commonly known as "crack cocaine"), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about ~~September~~ *November* 19, 2003, in Pinellas County, in the Middle District of Florida,

CHRISTOPHER BROWN, a/k/a "C,"

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court, Sixth Judicial Circuit, in and for Pinellas County, Florida, that is,

  A. Grand Theft in Case No. CRC02-04076CFANO-K, wherein judgment was filed on September 3, 2003, and

  B. Possession of Cocaine in Case No. CRC98-17202CFANO-K, wherein judgment was filed on December 15, 2000,

2

did knowingly possess a firearm, which had been shipped or transported in interstate or foreign commerce, to wit, a 12 gauge US Arms Company shotgun, serial number 87313.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

On or about January 22, 2004, in Pinellas County, in the Middle District of Florida,

MAURICE LAMONT POOLE,

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court, Sixth Judicial Circuit, in and for Pinellas County, Florida, that is, Sale of Cocaine and Possession of Cocaine in Case No. CRC01-06568CFANO-B, wherein judgment was filed on April 5, 2002, did knowingly possess a firearm, which had been shipped or transported in interstate or foreign commerce, to wit, an Essex, .45 caliber pistol, serial number SS2877.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE

On or about January 22, 2004, in Pinellas County, in the Middle District of Florida,

CHRISTOPHER BROWN, a/k/a "C,"

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court, Sixth Judicial Circuit, in and for Pinellas County, Florida, that is,

  A. Grand Theft in Case No. CRC02-04076CFANO-K, wherein judgment was filed on September 3, 2003, and

  B. Possession of Cocaine in Case No. CRC98-17202CFANO-K, wherein judgment was filed on December 15, 2000,

did knowingly possess two (2) firearms, which had been shipped or transported in interstate or foreign commerce, to wit, a 12 gauge Mossberg, Model 500A shotgun, serial number K828905 and an Essex, .45 caliber pistol, serial number SS2877.

 All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIX

On or about January 22, 2004, in Pinellas County, in the Middle District of Florida,

DERRICK LAMAR WILLIAMS, a/k/a "Scooby,"

the defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, Possession with Intent to Distribute Five (5) Grams or more of Crack Cocaine in United States District Court, Middle District of Florida, Tampa Division, in Case No. 90-31-CR-T-10(A), filed on July 19, 1990, did knowingly possess a firearm, which had been shipped or transported in interstate or foreign commerce, to wit, a 12 gauge Mossberg, Model 500A shotgun, serial number K828905.

 All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts One through Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. From their engagement in the violations alleged in Counts One and Two of this Indictment,

>    MAURICE LAMONT POOLE, and
>    NATHANIEL POOLE, a/k/a "Nate,"

the defendants herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all of their interest in:

   a.   Property constituting or derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violations;

   b.   Property used or intended to be used in any manner or part to commit and to facilitate the commission of such violations.

3. From their engagement in the violations alleged in Count Three, Four, Five, and Six of this Indictment,

>    DERRICK LAMAR WILLIAMS, a/k/a "Scooby,"
>    MAURICE LAMONT POOLE, and
>    CHRISTOPHER BROWN, a/k/a "C,"

the defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offense. Specifically, but not limiting, the United States seeks to forfeit the following firearms: a 12 gauge US Arms Company shotgun, serial

number 87313; an Essex, .45 caliber pistol, serial number SS2877; and a 12 gauge Mossberg, Model 500A shotgun, serial number K828905.

  4. If any of the property described above, as a result of any act or omission of the defendant:

  a. Cannot be located upon the exercise of due diligence;

  b. Has been transferred or sold to, or deposited with, a third party;

  c. Has been substantially diminished in value; or

  d. Has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

*Marilyn Tickett Madson*
FOREPERSON

PAUL I. PEREZ
United States Attorney

By: _____
W. STEPHEN MULDROW
Assistant U.S. Attorney

_____
JOSEPH K. RUDDY
Assistant U.S. Attorney
Deputy Chief, Narcotics Section

N:\_Criminal Cases\W\Williams, Derrick_2004R01300_wsm\Indictment.wpd

6

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

DERRICK LAMAR WILLIAMS, a/k/a "Scooby,"
MAURICE LAMONT POOLE,
NATHANIEL POOLE, a/k/a "Nate," and
CHRISTOPHER BROWN, a/k/a "C"

## INDICTMENT

Violations:
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
21 U.S.C. § 853(p) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

A true bill,

_____
Foreperson

Filed in open court this 18th day

of August, A.D. 2005.

_____
Clerk

Bail $ _____

GPO 863 525